Janice M. EMERSON, Plaintiff–
Appellant,

v.

The JAMES F. LINCOLN ARC WELDING FOUNDATION; Lincoln Electric Company, Defendants–Appellees.

No. 14–2582.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 30, 2014.

Filed: Jan. 29, 2015.

Janice M. Emerson, Platte City, MO, pro se.

Justin Ijei, Christopher Turney, Rasmussen & Willis, Kansas City, MO, for Defendants–Appellees.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Janice Emerson appeals the district court's[1] adverse grant of judgment on the pleadings in her pro se diversity action against The James F. Lincoln Arc Welding Foundation and Lincoln Electric Company.

---

1. The Honorable James Moody, Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Upon careful de novo review, we conclude that Emerson's complaint was time-barred, and that her arguments on appeal are unavailing. *See Ashley Cnty., Ark. v. Pfizer, Inc.*, 552 F.3d 659, 665 (8th Cir. 2009) (standard of review). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. As to the motions filed by the parties in this court, we grant appellees' motion to seal documents to the extent the clerk's office determines that any documents are governed by Eighth Circuit Rule 25A(h) or Federal Rule of Civil Procedure 5.2, and we deny all pending motions in all other respects.